# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10197-AMC

KERIM GUNGOR

489 LINDA LANE

FAIRLESS HILLS, PA 19030

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KERIM GUNGOR

    489 LINDA LANE

    FAIRLESS HILLS, PA 19030

Counsel for debtor(s), by electronic notice only.

    ARSEN KASHKASHIAN ESQ
    10 CANAL ST

    BRISTOL, PA 19007-

Date: 3/20/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee