IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>**KERIM GUNGOR**<br>　　　　　　**Debtor**<br><br>**CITIMORTGAGE, INC. ASF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CRMSI REMIC SERIES 2007-02-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-02**<br>　　　　　　**Movant**<br>　　　　v.<br>**KERIM GUNGOR**<br>　　　　　　**Respondent** | BK. No. 18-10197 AMC<br><br>Chapter No. 13<br><br><br><br>§362(d)(4) |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 10th day of April, 2018, at **PHILADELPHIA**, upon Motion of **CITIMORTGAGE, INC. ASF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CRMSI REMIC SERIES 2007-02-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-02** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under §362 is granted with respect to, **489 LINDA LN, FAIRLESS HILLS, PA 19030-3807**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that if any future bankruptcy cases are filed by this Debtor/Debtors, or any other occupant or owner of the real property located at **489 LINDA LN, FAIRLESS HILLS, PA 19030-3807**, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the real property located at **489 LINDA LN, FAIRLESS HILLS, PA 19030-3807**.

**ORDERED** that Rule 4001(a)(3) is not applicable and **CITIMORTGAGE, INC. ASF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CRMSI REMIC SERIES 2007-02-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-02** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

ANDRE DOVER
KASHKASHIAN & ASSOCIATES
10 CANAL STREET
SUITE 204
BRISTOL, PA 19007

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

KERIM GUNGOR
489 LINDA LANE
FAIRLESS HILLS, PA 19030