United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10197-amc
Kerim Gungor                                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1             Date Rcvd: Apr 10, 2018
                              Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
db           +Kerim Gungor,    489 Linda Lane,    Fairless Hills, PA 19030-3807
14038772     +CitiMortgage,    Citibank,   MC2197 BSC,    PO Box 6205,    Sioux Falls, SD 57117-6205
14038773     +Citimortgage, Inc,    PO Box 9001067,    Louisville, KY 40290-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:55     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:25     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2018 01:46:09     Ally Bank,
               serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:49     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:
              ANDRE  DOVER    on behalf of Debtor Kerim  Gungor kashlaw@aol.com
              JEROME B. BLANK    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. ASF US Bank National Association et.
               al. paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    CITIMORTGAGE, INC. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com, ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:
KERIM GUNGOR
        Debtor

BK. No. 18-10197 AMC

Chapter No. 13

CITIMORTGAGE, INC. ASF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CRMSI REMIC SERIES 2007-02-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-02
        Movant

§362(d)(4)

v.

KERIM GUNGOR
        Respondent

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 10th day of April, 2018, at **PHILADELPHIA**, upon Motion of **CITIMORTGAGE, INC. ASF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CRMSI REMIC SERIES 2007-02-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-02** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under §362 is granted with respect to, **489 LINDA LN, FAIRLESS HILLS, PA 19030-3807**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that if any future bankruptcy cases are filed by this Debtor/Debtors, or any other occupant or owner of the real property located at **489 LINDA LN, FAIRLESS HILLS, PA 19030-3807**, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the real property located at **489 LINDA LN, FAIRLESS HILLS, PA 19030-3807**.

**ORDERED** that Rule 4001(a)(3) is not applicable and **CITIMORTGAGE, INC. ASF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CRMSI REMIC SERIES 2007-02-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-02** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

ANDRE DOVER
KASHKASHIAN & ASSOCIATES
10 CANAL STREET
SUITE 204
BRISTOL, PA 19007

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

KERIM GUNGOR
489 LINDA LANE
FAIRLESS HILLS, PA 19030