United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10197-amc
Kerim Gungor                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John             Page 1 of 2           Date Rcvd: May 08, 2018
                       Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.
```
db          +Kerim Gungor,    489 Linda Lane,   Fairless Hills, PA 19030-3807
14038766     Aslan Klinc,    364 Aramingo Avenue,    Clifton, NJ 07012
14038767    +Barclay's Bank,    PO Box 8801,    Wilmington, DE 19899-8801
14038768    +Barclays Bank,    PO Box 8801,    Wilmington, DE 19899-8801
14038769    +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14038770    +Champion MTG,    11 Eves Dr.,    Marlton, NJ 08053-3130
14038771    +Chase,    PO Box 94014,    Palatine, IL 60094-4014
14038772    +CitiMortgage,    Citibank,    MC2197 BSC,    PO Box 6205,    Sioux Falls, SD 57117-6205
14038773    +Citimortgage, Inc,    PO Box 9001067,    Louisville, KY 40290-1067
14054993     Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
14038774    +Diversified,    333 N. Canyons Parkway,    Suite 100,    Livermore, CA 94551-9480
14074895    +Jodi L. Hause, Esq., Id. No.90625,    Phelan Hallinan Diamond & Jones, LLP,
              Atty for CitiMortgage, Inc.,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
              Philadelphia, PA 19103-1823
14050032    +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
14071976    +Regina Cohen, Esquire,    LAVIN, ONEIL, CEDRONE & DiSIPIO,    190 North Independence Mall West,
              Suite 500,    6th and Race Streets,    Philadelphia, PA 19106-1557
14038778    +Tokhan Colak,    517 BrooKline Blvd,    Pittsburgh, PA 15226-2001
14038779    +Toyota,    Toyota Financing Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14041087    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
14049936    +Toyota Lease Trust,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14038780    +Toyota Motors,    PO Box 4102,    Carol Stream, IL 60197-4102
14070784     US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14038781    +USDOE / Great Lakes Education Lending,    PO Box 7860,    Madison, WI 53707-7860
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov May 09 2018 02:10:14     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:09:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 02:09:50     Ally Bank,
              serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 02:05:47     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14057451     E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 02:09:50     Ally Bank,    PO Box 130424,
              Roseville MN 55113-0004
14038765    +E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 02:09:50     Ally Financial,
              PO Box 9001951,    Louisville, KY 40290-1951
14067015     E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 02:10:09     Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
14038775     E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 02:10:09     Jefferson Capital Systems, LLC,
              16 Mcleland Road,    Saint Cloud, MN 56303
14038776     E-mail/Text: camanagement@mtb.com May 09 2018 02:09:55     M & T Bank,    PO Box 844,
              Buffalo, NY 14240
14039213    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 02:05:29
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 11
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14038777*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    PO Box 844,    Buffalo, NY 14240)
14038782*    +USDOE/ Great Lakes Education Lending,    PO Box 7860,    Madison, WI 53707-7860
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: May 08, 2018
                              Form ID: pdf900           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              ANDRE   DOVER    on behalf of Debtor Kerim  Gungor kashlaw@aol.com
              JEROME B. BLANK    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. ASF US Bank National Association et.
               al. paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    CITIMORTGAGE, INC. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,  ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :    Chapter 13
    Kerim Gungor                    :
                                    :    Bankruptcy No. 18-10197AMC
        Debtors.                    :

## ORDER

**AND NOW**, this 2nd day of May, 2018, the Debtor having filed the above bankruptcy case on January 11, 2018,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-15678, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 10, 2016 and dismissed on November 8, 2016 for failure to make plan payments,

Including case number 17-13399, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 12, 2017 and dismissed on September 12, 2017 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on May 30, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments as requested by the Chapter 13 Trustee.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Kerim Gungor
489 Linda Lane
Fairless Hills, PA  19030

Andre Dover, Esquire
Kashkashian & Associates
10 Canal Street, Suite 204
Bristol, PA  19007

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy