UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :    Chapter 13
    Kerim Gungor                    :
                                          :    Bankruptcy No. 18-10197AMC
        Debtors.              :

# ORDER

**AND NOW**, this 2nd day of June, 2018, the Debtor having filed the above bankruptcy case on January 11, 2018,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-15678, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 10, 2016 and dismissed on November 8, 2016 for failure to make plan payments,

Including case number 17-13399, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 12, 2017 and dismissed on September 12, 2017 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND**, the debtor having failed to appear at the show cause hearing scheduled for May 30, 2018,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365

days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 18-10197, and shall serve such motion upon all of his creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Kerim Gungor
489 Linda Lane
Fairless Hills, PA  19030

Andre Dover, Esquire
Kashkashian & Associates
10 Canal Street, Suite 204
Bristol, PA  19007

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy